# SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION No. 17
of Eastern Massachusetts, Rhode Island, New Hampshire and Maine

1157 Adams Street • 2nd Floor • Dorchester, MA 02124-5788
Telephone: (617) 296-1680-81 • Fax: (617) 296-1295
WATTS: 1-800-426-6657

**ROBERT BUTLER**
Business Manager

**RUSSELL BARTASH**
Financial Secretary-Treasurer

**Business Agents**
EDWARD FOLEY
RICHARD KEOGH
JOHN MARTIN
ROBERT O'BRIEN
MICHAEL SHEEHAN

**Director of Labor Development**
NEAL KELLEHER

**Labor Management Director**
EDWARD J. MARENBURG

**Labor Management Representative**
DONALD NAZAROFF

**RHODE ISLAND LOCAL 17**
22 Amflex Drive
Cranston, RI 02921
Telephone: 1-401-944-3515
Fax: 1-401-944-3591

**NEW BEDFORD LOCAL 17**
558 Pleasant Street, Suite 310
New Bedford, MA 02740
Telephone: 1-508-999-0001
Fax: 1-508-997-5609
WATTS: 800-584-4598

**NEW HAMPSHIRE LOCAL 17**
161 Londonderry Turnpike
Hooksett, NH 03106
Telephone: 1-603-626-5577
Fax: 1-603-626-5559
WATTS: 1-888-757-0086

**MAINE LOCAL 17**
19 Enterprise Street
Lewiston, ME 04240
Telephone: 1-207-753-9377
Fax: 1-207-753-9331

## *** REVISED – NEW MILEAGE – REVISED ***

## EFFECTIVE – JANUARY 1, 2016

<u>1-13-16</u>          **FALL RIVER/NEW BEDFORD**
**COLLECTIVE BARGAINING AGREEMENT**
**CONTRACT EXPIRES SEPTEMBER 30, 2016**

BY ACTION OF THE MEMBERSHIP AT THE SEPTEMBER 22, 2015
UNION MEETING, FIFTY CENTS ($0.50) AS OF OCTOBER 1, 2015 WILL
BE DISTRIBUTED AS FOLLOWS:

| | |
|---|---|
| Wage | $ 35.60 |
| Health, Dental & Eye | $ 10.20 |
| International Scholarship, SMOHIT, NEMI, & ITI | $ 0.18 |
| Annuity | $ 4.58* |
| Local Supplemental Pension | $ 1.43** |
| National Pension | $ 8.78*** |
| Equality | $ 2.00 |
| Local Training | $ 1.24 |
| Local Industry Fund | $ 0.29 |
| **Sub-Total** | **$ 64.30** |
| SASMI | $ 1.82**** |
| **TOTAL** | **$ 66.12** |

| | |
|---|---|
| * Annuity | $0.25 |
| ** Local Supp. Pension | $0.25 |
| *** National Pension | $0.57 - <u>**PAID BY THE CONTRACTORS**</u> |
| **** Sasmi | $0.03 - <u>**PAID BY THE CONTRACTORS**</u> |

**Working Dues Schedule for Journeymen**

| | |
|---|---|
| Building Fund | $0.12 |
| Organizer Fund | $0.40 |
| HAB Fund | $0.06 |
| Scholarship Fund | $0.05 |
| Entertainment Fund | $0.04 |
| Concerted Activity/ Community Service Fund | $0.07 |
| I.A. Dues | <u>$0.14</u> |

<u>$0.88</u> Sub Total + <u>$0.92</u> <u>Working Dues</u> = <u>$1.80</u>
<u>$1.80</u> + $0.04 PAL = <u>$1.84</u> TOTAL

**EFF: – SEPTEMBER 1, 2015**

Next future increase
April 1, 2016 - $0.50

**Working Dues Schedule for Apprentices:**
<u>$0.88</u> Sub Total + <u>$0.31</u> Working Dues = <u>$1.19</u>
<u>$1.19</u> + $0.04 PAL = <u>$1.23</u> TOTAL

After taxes the Contractor shall withhold $0.77 per hour to be remitted to the vacation and holiday funds.

**\*MILEAGE: $0.54 PER MILE – EFFECTIVE - 1-1-2016\***

Sincerely, Russell Bartash – Financial Secretary-Treasurer